ter, of New York City, for appellant. . T. H. Lord, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

---

INGALLS v. HAMMOND TYPEWRITER CO. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Roscoe K. Ingalls against the Hammond Typewriter Company. No opinion. Application denied, with $10 costs. Order signed.

---

INGERSOLL et al., Appellants, v. ROSENBERG, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Robert H. Ingersoll and others, composing the joint-stock association of Robert H. Ingersoll & Bro., against Harry Rosenberg. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

INGRAHAM, Respondent, v. TOWN OF THURMAN, Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by William A. Ingraham against the Town of Thurman. No opinion. Motion denied. See, also, 151 N. Y. Supp. 1122.

---

INTERNATIONAL TEXTBOOK CO., Appellant, v. HANNA, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by the International Textbook Company against H. James Hanna. No opinion. Motion to dismiss appeal denied, without costs.

---

IOVINO, Respondent, v. MANHATTAN & QUEENS TRACTION CORPORATION, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Saverio Iovino against the Manhattan & Queens Traction Corporation. No opinion. Order affirmed, with $10 costs and disbursements.

---

JACKLE, Appellant, v. LARKIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Louise Jackle, as administratrix, etc., against Hubert F. Larkin and others, individually and as copartners, etc., and others. No opinion. Motion granted, and appeals dismissed, with costs.

---

JACOBS v. KENYON. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Jenie Jacobs against Niel Kenyon. No opinion. Application denied, with $10 costs. Order signed. See, also, 151 N. Y. Supp. 908.

---

JACOBS, Respondent, v. SELWYN, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Joseph W. Jacobs against Arch Selwyn, impleaded, etc. M. H. Cane, of New York City, for appellant. W. Klein, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

JAFFE et al., Appellants, v. WELD et al., Respondents. (Supreme Court, Appellate Division, First Department. June 4, 1915.) Action by Max Jaffe and another against Stephen M. Weld and another. G. T. Hogg, of New York City, for appellants. E. H. Blanc and R. L. Von Bernuth, both of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiffs to serve amended complaint, on payment of costs in this court and in the court below. Order filed. See, also, 155 App. Div. 902, 140 N. Y. Supp. 1125.

---

JAMES, Respondent, v. McMAHON et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Frank H. James against John J. McMahon and others. No opinion. Judgment affirmed, with costs. See, also, 158 App. Div 946, 143 N. Y. Supp. 1123.

---

JAMISON et al., Respondents, v. COLLINS-PLASS CO., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by William A. Jamison and others against the Collins-Plass Company. No opinion. Judgment unanimously affirmed, with costs.

---

JENKINS, Respondent, v. JENKINS, Appellant. (Supreme Court, Appellate Division, Second Department. May 14, 1915.) Action by Laura Jenkins against Theodore Sidney Jenkins. No opinion. Judgment affirmed, with costs. See, also, 164 App. Div. 957, 149 N. Y. Supp. 1088.

---

JERRED, Respondent, v. OSWEGO CONST. CO., Inc., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Leroy Jerred against the Oswego Construction Company, Inc.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate that the verdict may be reduced by the sum of $560—that is, to the sum of $4,440—as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. *Held* that, while the question that there was no evidence to submit to the jury on the question of the plaintiff's hospital bills was not raised by exception to the charge, the proof is absolutely deficient in that regard.

153 N.Y.S.—71